597 A.2d 977

**Gregory HORNER**

v.

**STATE of Maryland.**

No. 34, Sept. Term, 1991.

Court of Appeals of Maryland.

Nov. 5, 1991.

José Felipé Anderson, Asst. Public Defender (Stephen E. Harris, Public Defender, George E. Burns, Jr., Asst. Public Defender, all on brief), Baltimore, for appellant.

Diane E. Keller, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., both on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

PER CURIAM.

Upon careful review of the record, it is clear that the single issue raised on appeal and upon which we granted certiorari was not raised in or decided by the trial court. Accordingly, in the circumstances of this case, we decline to consider the issue presented by the appellant Horner. *See* Md. Rule 8–131(a).

JUDGMENTS AFFIRMED, WITH COSTS.